IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONE SOLVENTS, INC. | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:05CV419 |
| | § | |
| TERRY VINCENT CORVIN and | § | |
| LANDSTAR INWAY, INC. | § | DEFENDANTS |

## FINAL JUDGMENT

This action came on for trial on Monday, May 21, 2007, before the Court and a jury, Honorable Louis Guirola, Jr., United States District Judge, presiding, and the issues having been duly tried and the jury having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Verdict Form, retired to consider their verdict and returned upon their oaths, into open Court, the following verdict, to-wit:

1. What amount of damages do you find by a preponderance of the evidence were proximately caused by the negligent conduct of the Defendants?

    Answer in dollars and cents.

    Compensatory damages $13,700.00

IT IS THEREFORE ORDERED AND ADJUDGED, that the Plaintiff, Cone Solvents, Inc., shall recover of the Defendants, Terry Vincent Corvin and Landstar Inway, Inc., jointly and severally, the sum of $13,700.00, plus the allowable costs of this action.

SO ORDERED AND ADJUDGED this the 23rd day of May, 2007.

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE